IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.C., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 1:17-cv-00209 LJO SAB <br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE CASE <br><br> (ECF No. 6) |

    On February 13, 2017, Defendant United States of America removed this action from the Superior Court of California, County of Tulare.  (ECF No. 1.)  On February 23, 2017, the parties filed a stipulation dismissing this action without prejudice with each party to bear its own costs.  In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and without an award of costs or attorneys' fees.

    Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).  All pending dates and matters in this action are terminated.

IT IS SO ORDERED.

Dated:  **February 23, 2017**

                                            UNITED STATES MAGISTRATE JUDGE

1