# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.C., a minor, by and through his Guardian Ad Litem, Whitney Castaneda,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:17-cv-00209-LJO-SAB<br><br>ORDER VACATING FEBRUARY 27, 2019 HEARING ON PETITIONER'S MOTION FOR APPROVAL OF MINOR'S COMPROMISE |

Currently before the Court is a petition for approval of a minor's compromise which is set for hearing on February 27, 2019. The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on February 27, 2019 will be vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: __**February 26, 2019**__

UNITED STATES MAGISTRATE JUDGE

1